THELMA PARKER v. E. S. YOUNCE AND HAROLD GARDNER.

(Filed 27 February, 1957.)

APPEAL by defendant Gardner from *Frizzelle, J.,* October Term, 1956, of BEAUFORT.

Civil action growing out of a collision that occurred 6 March, 1954, at night, on a paved highway known as Whichard's Beach Road, between a Plymouth car, owned and operated by plaintiff, and a pickup truck operated by defendant Gardner, resulting in damage to plaintiff's car.

Defendant Younce is not a party to this appeal. At the close of plaintiff's evidence, judgment of nonsuit was entered as to him. Thereupon, he abandoned his alleged counterclaim.

Motions for judgment of nonsuit made by defendant Gardner were overruled; and, as between plaintiff and defendant Gardner, three issues were submitted to the jury. The jury answered the negligence issue, "Yes," the contributory negligence issue, "No," and awarded damages in the amount of $382.45.

From judgment in plaintiff's favor, in accordance with verdict, defendant Gardner appealed, assigning errors.

DERBY v. OWENS.

*S. M. Blount for plaintiff, appellee.*
*LeRoy Scott for defendant, appellant.*

PER CURIAM. The conclusion reached is that the evidence, when considered in the light most favorable to plaintiff, presented a case for jury determination on the issues submitted. Moreover, consideration of appellant's assignments of error relating to rulings on evidence and to the charge fails to disclose any error of law deemed of sufficient prejudicial effect to warrant a new trial. Hence, the verdict and judgment will not be disturbed.

No error.